**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **LULA WILLIAMS**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| v. ) | Case No. 1:18-mc-45 |
| ) | |
| **BIG PICTURE LOANS, LLC**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF HEARING**

Please take notice that on Friday, January 4, 2019, at 10:00 a.m. or as soon thereafter as counsel may be heard, Plaintiffs, by counsel, will provide oral argument in support of their Motion to Strike Objections and Compel Response to Subpoena Issued to Rosette, LLP.

                                                      Respectfully submitted,
                                                      **PLAINTIFFS**

                                                      */s/ Kristi C. Kelly*
                                                         Counsel

Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq., VSB #82170
Casey S. Nash, Esq., VSB #84261
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com
Email: casey@kellyandcrandall.com

*Counsel for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of December, 2018, a copy of the foregoing will be delivered via electronic mail to the following:

Timothy A. Nelson
The Nelson Law Group, PLLC
21 West Coolidge Street
Phoenix, Arizona 85013
Telephone: 888-956-7770
E-mail: tim@nelsonlawsolutions.com
*Counsel for Rosette, LLP*

Terry Goddard
Goddard Law Office, PLC
502 W. Roosevelt Street
Phoenix, Arizona 85003
Telephone: 602-258-5521
E-mail: terry.goddard@dentons.com
*Counsel for Rosette, LLP*

Richard L. Scheff, Esq.
Jonathan P. Boughrum, Esq.
David Foster Herman, Esq.
Michael C. Witsch, Esq.
Armstrong Teasdale LLP
1500 Market Street, 12th floor East Tower
Philadelphia, PA 19102
Telephone: (215) 246-3467
Facsimile: (215) 569-8228
Email: rscheff@armstrongteasdale.com
Email: jboughrum@armstrongteasdale.com
Email: dherman@armstrongteasdale.com
Email: mwitsch@armstrongteasdale.com
*Counsel for Matt Martorello*

Justin Alexander Gray, Esq.
Anna Marek Bruty, Esq
Rosette LLP
25344 Red Arrow Highway
Mattawan, Michigan 49071
Telephone: (269) 283-5005
Facsimile: (517) 913-6443
Email: jgray@rosettelaw.com
Email: abruty@rosettelaw.com
*Counsel for Big Picture Loans, LLC & Ascension Technologies, LLC,*

David N. Anthony, Esq.
Timothy J St. George, Esq.
Troutman Sanders LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com
Email: tim.stgeorge@troutmansanders.com
*Counsel for Defendants*

Craig Thomas Merritt, Esq.
Harrison Mann Gates, Esq.
Christian & Barton LLP
909 E Main Street, Suite 1200
Richmond, VA 23219
Telephone: (804) 687-4128
Facsimile: (804) 697-6128
Email: cmerritt@cblaw.com
Email: hgates@cblaw.com
*Counsel for Big Picture Loans, LLC & Ascension Technologies, LLC*

Hugh McCoy Fain, III, Esq.
John Michael Erbach, Esq.
Maurice Francis Mullins, Esq.
Spotts Fain PC
411 E Franklin Street
Richmond, VA 23218

Telephone: (804) 788-1190
Email: hfain@spottsfain.com
Email: jerbach@spottsfain.com
Email: cmullins@spottsfain.com
*Counsel for Matt Martorello*

                                      */s/ Kristi C. Kelly*
                                      Kristi C. Kelly, Esq.